UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAPA SAMBA SY,<br><br>      Petitioner,<br><br>  v.<br><br>PAMEL BONDI,<br><br>      Respondent. | Case No. 2:25-cv-00276-RAJ-TLF<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDERS |

  Petitioner Papa Samba Sy filed a Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. Petitioner also submitted a Letter from the Federal Public Defender's Office indicating their willingness to represent him in this case. Dkts. 2-1. Petitioner Declaration and Application to Proceed In Forma Pauperis to demonstrate his indigency. Dkt. 6. He states his proficiency in English is very limited and is economic situation is "dire." *Id.* Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS**:

  (1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 2-1. Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Petitioner has demonstrated financial eligibility for such appointment. *See* Dkt. 6. Accordingly, Petitioner's request for appointment of counsel is

ORDER APPOINTING FEDERAL PUBLIC
DEFENDERS - 1

**GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Richard A. Jones.

Dated this 25th day of March, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDERS - 2