# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAPA SAMBA SY,<br><br>              Petitioner,<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>              Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:25-cv-00276-RAJ-TLF |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Petitioner's habeas corpus petition is dismissed without prejudice.

Dated this 9th day of May, 2025.

Ravi Subramanian
Clerk of Court

s/ Tajma Eaton
Deputy Clerk